**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF:  A.H., A MINOR | : | No. 169 EAL 2022 |
| | : | |
| | : | |
| PETITION OF:  A.H., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF:  A.D.D.H., A MINOR | : | No. 170 EAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF:  A.H., MOTHER | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 10th day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.